**IN RE: Brent Renard CHRISTIAN, Petitioner.**

**No. 17-1181**

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2017

Decided: August 9, 2017

Brent Renard Christian, Petitioner Pro Se.

Before WILKINSON and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brent Renard Christian petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court adopted the report and recommendation of the magistrate judge and dismissed Christian's § 2255 motion. Accordingly, because the district court has recently decided Christian's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

*PETITION DENIED*